**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR : 3:22cv2078
ADMISSION TO PRACTICE IN THIS COURT :

**PETITION**

I, Brett De Jarnette, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: COOLEY LLP
31754 Hanover Street
Palo Alto, CA 94304

Office Telephone: (650) 849-7005

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

California, 12/03/2013; U.S. Court of Appeals for the Ninth Circuit, 1/17/2024;
Central District of California, 1/7/2014; Eastern District of California, 5/15/2015
Northern District of California, 1/2/2014; Southern District of California, 5/12/2015

My attorney Identification number is: CA Bar No. 292919

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: ____________________ Date: __________

✓ SPECIAL ADMISSION:

GRANTED BY THE COURT: Karoline Mehalchick Date: 12/5/25